

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2021

No. 04-21-00443-CV

**IN THE INTEREST OF J.J.H., A CHILD**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01604
Honorable Susan D. Reed, Judge Presiding

# O R D E R

On October 15, 2021, appellant filed a notice of appeal, stating his intent to appeal the trial court's "order denying the motion to remove child from present custody" signed on October 6, 2021. The clerk's record was filed on October 26, 2021. Although the clerk's record contains the judge's notes, the clerk's record does not contain a final order. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing **within ten days** from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court